UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON BARRINGTON THOMAS, an individual,

Plaintiff,

v.

INSTANT BRANDS, LLC, an Illinois Limited Liability Company, INSTANT BRANDS, INC., a Delaware Corporation, and CORELLE BRANDS, LLC, an Illinois Limited Liability Company,

Defendants.

Docket No.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, **BRANDON BARRINGTON THOMAS** (hereafter referred to as "Plaintiff"), by and through his undersigned counsel, **JOHNSON BECKER, PLLC** and **DIAMOND MASSONG, PLLC,** hereby submits the following Complaint and Demand for Jury Trial against **INSTANT BRANDS, LLC. INSTANT BRANDS, INC. and CORELLE BRANDS, LLC** (hereafter referred to as "Instant Brands Defendants" or "Defendants") and alleges the following upon personal knowledge and belief, and investigation of counsel:

1

COMPLAINT AND DEMAND FOR JURY TRIAL

**NATURE OF THE CASE**

1.      Instant Brands Defendants design, manufacture, market, import, distribute and sell a wide range of consumer kitchen products, including the subject "Instant Pot Duo Nova Pressure Cooker," which specifically includes the Duo Nova 80 (referred to hereafter as "pressure cooker(s)" or "Subject Pressure Cooker") that is at issue in this case.

2.      Defendants tout the "safety"[1] of their pressure cookers, and state that they cannot be opened while in use. Despite Defendants' claims of "safety," they designed, manufactured, marketed, imported, distributed, and sold, both directly and through third-party retailers, a product that suffers from serious and dangerous defects. Said defects cause significant risk of bodily harm and injury to the product's consumers.

3.      Specifically, said defects manifest themselves when, despite Defendants' statements, the lid of the pressure cooker is removable with built-up pressure, heat, and steam still inside the unit.  When the lid is removed under such circumstances, the pressure trapped within the unit causes the scalding hot contents to be projected from the unit and into the surrounding area, including onto the unsuspecting consumers, their families, and other bystanders. In this case, the lid was able to be rotated, opened, and removed while the pressure cooker retained pressure, causing Plaintiff serious and substantial bodily injuries and damages.

---

[1]  *See, e.g.*, Instant Pot Duo Nova User Manual, pgs. 23-25.  A copy of the User Manual is attached hereto as "Exhibit A."

COMPLAINT AND DEMAND FOR JURY TRIAL

4.      Defendants knew or should have known of these defects, but have nevertheless put profit ahead of safety by continuing to sell their pressure cookers to consumers, failing to warn said consumers of the serious risks posed by the defects, and failing to recall the dangerously defective pressure cookers regardless of the risk of significant injuries to Plaintiff and consumers like him.

5.      As a direct and proximate result of Defendants' conduct, Plaintiff incurred significant and painful bodily injuries, medical expenses, physical pain, mental anguish, and diminished enjoyment of life.

### PLAINTIFF BRANDON BARRINGTON THOMAS

6.      Plaintiff is a resident and citizen of the City of Edgewood, County of Pierce, State of Washington.

7.      On or about September 24, 2020, Plaintiff suffered serious and substantial burn injuries as the direct and proximate result of the pressure cooker's lid being able to be rotated and opened while the pressure cooker was still under pressure, during the normal, directed us of the pressure cooker, allowing its scalding hot contents to be forcefully ejected from the pressure cooker and onto Plaintiff.  The incident occurred as a result of the failure of the pressure cooker's supposed "Built-In Safety Features," which purport to keep the consumer safe while using the pressure cooker.  In addition, the incident occurred as a result of Defendants' failure to redesign the pressure cooker, despite the existence of economical, safer alternative designs.

**INSTANT BRANDS DEFENDANTS, LLC**

8.    Defendants designed, manufactured, marketed, imported, distributed, and sold a variety of consumer kitchen products, including pressure cookers, air fryers, and blenders, among others.

9.    Defendants boast that "cooking with Instant Brands is everyday magic,"[2] and that their products are "all designed to simplify the joys of home cooking, promote healthy lifestyles, and give you more time to enjoy great meals with the people you love."[3]

10.    Instant Brands, LLC is an Illinois limited liability company with its principal place of business located at 3025 Highland Parkway, Downers Grove, IL 60515, and as such is deemed a citizen of the State of Illinois.

11.    Upon information and belief, Instant Brands, Inc. is a Delaware Corporation with its principal place of business located at 3025 Highland Parkway, Downers Grove, IL 60515, and as such is deemed a citizen of both the State of Illinois and the State of Delaware.

12.    Corelle Brands, LLC is an Illinois limited liability company with its principal place of business located at 3025 Highland Parkway, Downers Grove, IL 60515, and as such is deemed a citizen of the State of Illinois.

13.    On June 12, 2023, Instant Brands Defendants commenced a Chapter 11 proceeding. *See In re Instant Brands Acquisition Holdings Inc., et al.* (Bankr. S.D. Tex. Case No. 23-90716) (the "Bankruptcy Case"). On February 23, 2024, the Bankruptcy Court issued a *Findings of*

---

[2] *See* https://www.instanthome.com/about-us
[3] *Id.*

COMPLAINT AND DEMAND FOR JURY TRIAL

*Fact, Conclusions of Law, and Order (I) Confirming the Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* at Dkt. No. 1146. Exhibit A to the Order, Article VII, section L states the following:

> Nothing herein (including Articles XI.B and XI.G) shall preclude Holders of Product Liability Claims from (1) naming a Reorganized Debtor as a nominal Defendants in an action brought in respect of a Product Liability Claim, thereby allowing, and solely to the extent required to enable, the named Reorganized Debtor to tender the applicable Product Liability Claim to the applicable Third-Party Indemnitor under all available and applicable Third-Party Indemnifications (as set forth in Article II.D), if any, as will be adjudicated by the Bankruptcy Court in connection with Confirmation unless otherwise consensually settled or resolved, or (2) otherwise pursuing their Claims against Insurers under all available and applicable Insurance Contracts; *provided*, that none of the Reorganized Debtors shall have any obligation to participate or assist in any action brought in pursuit of any Product Liability Claims or have any liability with respect to any Product Liability Claims. For the avoidance of doubt, all liabilities of the Debtors, the Debtors' Estates, or the Reorganized Debtors for any Product Liability Claims shall be discharged on the Effective Date in accordance with the Plan. To ease the burdens on the Reorganized Debtors, all Holders of Product Liability Claims may use any discovery previously taken in connection with any previous Product Liability Claim against the Debtors, and both the Debtors and the Reorganized Debtors waive any prior protective orders to the extent necessary to effectuate this paragraph (however, any prior confidentiality designations are expressly preserved and shall remain in effect). To the extent that a Product Liability Claim is not satisfied by an Insurer or Third-Party Indemnitor, the Holder will be permitted to assert such Excess Product Liability Claim as a General Unsecured Claim (subject to prior compliance with the Bar Date Order). The Distribution Agent, the Litigation Trustee, or any Holder of a Product Liability Claim may seek estimation of any expected Excess Product Liability Claim, including for purposes of establishing an appropriate reserve in connection with any distributions from the Litigation Trust.

14. This proceeding was initially commenced in the Bankruptcy Case by the filing of a Proof of Claim on October 5, 2023 and October 10, 2023 [Claim No. 0000010417 and 0000010606], respectively. This action is being initiated now in this District Court solely to ensure satisfaction of Plaintiff's applicable statute of limitation, but remains subject to the

above cited Order in the Bankruptcy Case, and thus this action should be stayed until the conditions in paragraph 31(a) of such Order are satisfied.

## JURISDICTION AND VENUE

15.    This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

16.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391, all or a substantial part of the events or omissions giving rise to this claim occurred in this district.

17.    Venue is also proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants have sufficient minimum contacts with the State of Washington and intentionally availed themselves of the markets within Washington through the promotion, sale, marketing, and distribution of their products.

## FACTUAL BACKGROUND

18.    Defendants are engaged in the business of designing, manufacturing, warranting, marketing, importing, distributing, and selling the pressure cookers at issue in this litigation.

COMPLAINT AND DEMAND FOR JURY TRIAL

19.    Defendants aggressively warrant, market, advertise, and sell their pressure cookers as "[e]asy to use, easy to clean, fast, versatile, and convenient"[4] and repeatedly boasts about its pressure cookers' purported "proven safety features."[5]

20.    For instance, the Defendants claim that their pressure cookers include a "Pressure Locking Lid" which "locks into place once the cooker has pressurized."[6]

21.    To further propagate their message, Defendants  have used, and continue to utilize, numerous media outlets, including, but not limited to, infomercials, social media websites such as YouTube, and third-party retailers.  For example, the following can be found on Defendants' YouTube webpage entitled "Getting to Know Your Knew Instant Pot IP-DUO":

   a. "The first thing you need to know about your IP-DUO is that **you don't need to be afraid of it**, as many people are afraid of stovetop pressure cookers."[7]

   b. "With 10 safety features built in, you can use your Instant Pot with confidence, **knowing that it is not going to explode**."[8]

   c. "In addition, keep in mind that your Instant Pot operates at relatively low pressures of 11 to 12 psi or lower, depending on the pressure setting that you use."[9]

---

[4] *See* https://www.instanthome.com/product/instant-pot/duo/6-quart-pressure-cooker-v4

[5] *Id.*

[6] Instant Pot Duo Nova User's Manual, pg. 23.

[7] https://www.youtube.com/watch?v=w1RKj9E8TY0 (video with a runtime of 11:26) at 0:42-0:46

[8] *Id*. at 0:47 – 0:55.

[9] *Id*. at 0:56 – 1:08.  This apparently suggests that even if the lid is opened while the unit is still pressurized, it will not harm you.

COMPLAINT AND DEMAND FOR JURY TRIAL

22.    In a similar video entitled "Introducing Instant Pot IP-DUO series electric pressure cooker," spokesperson Laura Pazzaglia, founder of the website "Hip Pressure Cooking"[10] boasts of the pressure cooker's "10 safety features," stating that this "new model detects the position of the lid" and "once the lid is locked, and the contents are under pressure, ***there's no way to open the pressure cooker***."[11]

23.    According to the User's Manual accompanying each individual unit sold, the pressure cookers possess a "Pressure Locking Lid" and a "Float Valve," which "pops up and locks the lid of the cooker in place for safe pressure cooking,"[12] misleading the consumer into believing that the pressure cookers are reasonably safe for their normal, intended use.

24.    By reason of the forgoing acts or omissions, the above-named Plaintiff used the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

25.    Plaintiff used the pressure cooker for its intended purpose of preparing meals for himself and/or his family and did so in a manner that was reasonable and foreseeable by Defendants.

26.    However, the aforementioned pressure cooker was defectively and negligently designed and manufactured by Defendants  in that it failed to properly function as to

---

[10] *See* https://www.hippressurecooking.com/

[11] https://www.youtube.com/watch?v=bVA2EqPf0s0 (video with a runtime of 8:30)

[12] Instant Pot Duo Nova User's Manual, pg. 29.

COMPLAINT AND DEMAND FOR JURY TRIAL

prevent the lid from being rotated, opened, or removed with normal force while the unit remained pressurized, during the ordinary, foreseeable and proper use of cooking food with the product; placing the Plaintiff, his family, and similar consumers in danger while using the pressure cookers.

27.     Defendants' pressure cookers possess defects that make them unreasonably dangerous for their intended use by consumers because the lid can be rotated and opened while the unit remains pressurized.

28.     Further, Defendants' representations about "safety" are not just misleading, they are flatly wrong, and put innocent consumers like Plaintiff directly in harm's way.

29.     Economic, safer alternative designs were available that could have prevented the pressure cooker's lid from being rotated and opened while pressurized.

30.     Defendants knew or should have known that their pressure cookers possessed defects that pose a serious safety risk to Plaintiff and the public.  Nevertheless, Defendants continue to ignore and/or conceal their knowledge of the pressure cooker's defects from the general public, and continue to generate a substantial profit from the sale of its pressure cookers, demonstrating a callous, reckless, willful, and depraved indifference to the health, safety, and welfare of Plaintiff and others like him.

31.     As a direct and proximate result of Defendants' intentional concealment of such defects, their failure to warn consumers of such defects, their negligent misrepresentations, their failure to remove a product with such defects from the stream of commerce, and their negligent design of such products, Plaintiff used an unreasonably

COMPLAINT AND DEMAND FOR JURY TRIAL

dangerous pressure cooker, which resulted in significant and painful bodily injuries to Plaintiff.

32.     Consequently, Plaintiff in this case seeks compensatory damages resulting from the use of Defendants' pressure cooker as described above, which has caused Plaintiff to suffer from serious bodily injuries, medical expenses, physical pain, mental anguish, diminished enjoyment of life, and other damages.

**CLAIMS FOR RELIEF**

**COUNT I**
**STRICT PRODUCTS LIABILITY**

33.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

34.     This Count is brought pursuant to the Washington Product Liability Act ("WPLA") RCW 7.72.010, *et. seq*.

35.     At the time of Plaintiff's injuries, Instant Brands Defendants' pressure cookers were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff.

36.     Instant Brands Defendants' pressure cookers were in the same or substantially similar condition as when they left the possession of Instant Brands Defendants.

37.     Plaintiff did not misuse or materially alter the pressure cooker.

38.     The pressure cookers did not perform as safely as an ordinary consumer would have expected them to perform when used in a reasonably foreseeable way.

10
COMPLAINT AND DEMAND FOR JURY TRIAL

39.    Further, a reasonable person would conclude that the possibility and serious of harm outweighs the burden or cost of making the pressure cookers safe. Specifically:

a. The pressure cookers designed, manufactured, sold, and supplied by Instant Brands Defendants were defectively designed and placed into the stream of commerce in a defective and unreasonably dangerous condition for consumers;

b. The seriousness of the potential burn injuries resulting from the product drastically outweighs any benefit that could be derived from its normal, intended use;

c. Instant Brands Defendants failed to properly market, design, manufacture, distribute, supply, and sell the pressure cookers, despite having extensive knowledge that the aforementioned injuries could and did occur;

d. Instant Brands Defendants failed to warn and place adequate warnings and instructions on the pressure cookers;

e. Instant Brands Defendants failed to adequately test the pressure cookers; and

f. Instant Brands Defendants failed to market an economically feasible alternative design, despite the existence of economical, safer alternatives, that could have prevented the Plaintiff's injuries and damages.

40.    Instant Brands Defendants' actions and omissions were the direct and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE**, Plaintiff demands judgment against Instant Brands Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**COUNT II**
**NEGLIGENCE**

11

41.    Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

42.    This Count is brought pursuant to the Washington Product Liability Act ("WPLA") RCW 7.72.010, *et. seq*.

43.    Instant Brands Defendants had a duty of reasonable care to design, manufacture, market, and sell non-defective pressure cookers that are reasonably safe for their intended uses by consumers, such as Plaintiff and his family.

44.    Instant Brands Defendants failed to exercise ordinary care in the manufacture, sale, warnings, quality assurance, quality control, distribution, advertising, promotion, sale and marketing of its pressure cookers in that Instant Brands Defendants s knew or should have known that said pressure cookers created a high risk of unreasonable harm to the Plaintiff and consumers alike.

45.    Instant Brands Defendants were negligent in the design, manufacture, advertising, warning, marketing and sale of their pressure cookers in that, among other things, they:

   a.  Failed to use due care in designing and manufacturing the pressure cookers to avoid the aforementioned risks to individuals;

   b.  Placed an unsafe product into the stream of commerce;

   c.  Aggressively over-promoted and marketed their pressure cookers through television, social media, and other advertising outlets; and

   d.  Were otherwise careless or negligent.

46.    Despite the fact that Instant Brands Defendants knew or should have known that consumers were able to remove the lid while the Pressure cookers were still pressurized,

Instant Brands Defendants continued to market (and continue to do so) their pressure cookers to the general public.

**WHEREFORE**, Plaintiff demands judgment against Instant Brands Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### COUNT III
### BREACH OF EXPRESS WARRANTY

47.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

48.     This Count is brought pursuant to the Washington Product Liability Act ("WPLA") RCW 7.72.010, *et. seq*.

49.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

50.     Defendants expressly warranted that their pressure cookers were safe and effective to members of the consuming public, including Plaintiff and his family. Moreover, Defendants expressly warranted that the lid of the pressure cooker could not be removed while the unit remained pressurized. Specifically:

    a.  "The product has been designed to avoid the common user errors and safety hazards of conventional stove-top pressure cookers through the use of 10 proven safety mechanisms and patented technologies.  These include: 1) safety lid lock, 2) pressure regulator, 3) leak lid smart detection, 4) anti-blockage vent, 5) magnetic sensor for lid position detection, 6) auto pressure control, 7) excess pressure protection, 8) auto temperature control, 9) high temperature monitoring, and 10) power fuse cut off."[13]

---

[13] Instant Pot IP-DUO60 User's Manual, pg. 4.

b. "As a safety feature, the lid is locked and won't open until the float valve drops down."[14]

c. "Instant Pot has a safety feature to disable the cooker and the display flashes 'Lid' if the lid is not positioned correctly."[15]

d. "**Safety Lid Lock –** When cooker is pressurized, the lid will automatically lock to prevent opening the cooker."[16]

e. "**Lid Position Detection –** If the lid is not in a safe position for pressure cooking, the cooker will not allow cooking to begin."[17]

51.    Members of the consuming public, including consumers such as Plaintiff, were the intended third-party beneficiaries of the warranty.

52.    Defendants marketed, promoted, and sold their pressure cookers as safe products, complete with "safety mechanisms."

53.    Defendants' pressure cookers do not conform to these express representations because the lid can be removed using normal force while the units remain pressurized, despite the appearance that the pressure has been released, making the pressure cookers not safe for use by consumers.

54.    Defendants breached their express warranties in one or more of the following ways:

a. The pressure cookers as designed, manufactured, sold and/or supplied by the Defendants, were defectively designed, and placed into the stream of commerce by Defendants  in a defective and unreasonably dangerous condition;

---

[14] *Id*. at pg. 9.

[15] *Id*. at pg. 10.

[16] *See* https://www.instanthome.com/support/instant/resources

[17] *Id*.

COMPLAINT AND DEMAND FOR JURY TRIAL

b. Defendants failed to warn and/or place adequate warnings and instructions on their pressure cookers;

c. Defendants failed to adequately test its pressure cookers; and

d. Defendants failed to provide timely and adequate post-marketing warnings and instructions after they knew the risk of injury from their pressure cookers.

55.    Plaintiff used the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

56.    Plaintiff's injuries were the direct and proximate result of Defendants' breach of its express warranties.

**WHEREFORE**, Plaintiff demands judgment in their favor and against Defendants for damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## COUNT IV
## BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

57.    Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

58.    This Count is brought pursuant to the Washington Product Liability Act ("WPLA") RCW 7.72.010, *et. seq*.

59.    Instant Brands Defendants manufactured, supplied, and sold their pressure cookers with an implied warranty that they were fit for the particular purpose of cooking quickly, efficiently and safely.

60.     Members of the consuming public, including consumers such as the Plaintiff, were the intended third-party beneficiaries of the warranty.

61.     Instant Brands Defendants' pressure cookers were not fit for the particular purpose as a safe means of cooking, due to the unreasonable risks of bodily injury associated with their use as described herein in this Complaint.

62.     Plaintiff reasonably relied on Instant Brands Defendants' representations that their pressure cookers were a quick, effective, and safe means of cooking.

63.     Instant Brands Defendants' breach of the implied warranty of fitness for a particular purpose was the direct and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE,** Plaintiff demands judgment against Instant Brands Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**COUNT V**
**<u>BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY</u>**

64.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in preceding paragraphs as though fully set forth herein.

65.     This Count is brought pursuant to the Washington Product Liability Act ("WPLA") RCW 7.72.010, *et. seq*.

66.     At the time Instant Brands Defendants marketed, distributed and sold their pressure cookers to the Plaintiff in this case, Instant Brands Defendants warranted that their Pressure cookers were merchantable and fit for the ordinary purposes for which they were intended.

16
COMPLAINT AND DEMAND FOR JURY TRIAL

67.     Members of the consuming public, including consumers such as Plaintiff, were intended third-party beneficiaries of the warranty.

68.     Instant Brands Defendants' pressure cookers were not merchantable and fit for their ordinary purpose, because they had the propensity to lead to the serious personal injuries as described herein in this Complaint.

69.     Plaintiff in this case and/or his family purchased and used the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

70.     Instant Brands Defendants' breach of implied warranty of merchantability was the direct and proximate cause of Plaintiff's injury and damages.

**WHEREFORE**, Plaintiff demands judgment against Instant Brands Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against the Instant Brands Defendants for damages, as well as all costs of this action, interest and attorneys' fees, to the full extent of the law, whether arising under the common law and/or statutory law, including:

a.  judgment for Plaintiff and against Defendants;

b.  damages to compensate Plaintiff for his injuries and suffering sustained as a result of the use of the Defendants' pressure cooker;

c.  pre and post judgment interest at the lawful rate;

d.  a trial by jury on all issues of the case;

e.  an award of attorneys' fees; and

f.  for any other relief as this Court may deem equitable and just, or that may be available under the law of another forum to the extent the law of another forum is applied, including but not limited to all reliefs prayed for in this Complaint and in the foregoing Prayer for Relief.

## JURY TRIAL DEMANDED

Plaintiff demands that all issues of fact of this case be tried to a properly impaneled jury to the extent permitted under the law.


**DIAMOND MASSONG, PLLC**

Dated: March 25, 2024

/s/ *Maria S. Diamond, Esq*
Maria S. Diamond, Esq., WSBA No. 13472
1325 Fourth Avenue, Suite 1744
Seattle, WA 98101
(206) 445-1258
maria@diamondmassong.com

*In association with:*

**JOHNSON BECKER, PLLC**

Michael K. Johnson, Esq. (MN #0258696)
Kenneth W. Pearson, Esq. (MN #016088X)
Adam J. Kress, Esq. (MN #0397289)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 / (612) 436-1801 (f)
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
akress@johnsonbecker.com

*Attorneys for Plaintiff*

COMPLAINT AND DEMAND FOR JURY TRIAL

# Instant Pot®

# DUO™ NOVA
## 3, 6, 8 and 10 Quart
## Multi-Use Pressure Cookers



## User Manual

Important Safeguards
Product Specifications
Initial Setup
Product, Parts and Accessories
Smart Program Settings
Cleaning Before First Use
Overview of Pressure Control
   Features
Cooking with the Duo Nova
Depressurizing the Cooker
Initial Test Run (Water Test)
Pressure Cooking Timetable
Grain-to-Water Ratios
Care and Cleaning
Troubleshooting
Warranty
Contact Information

# Welcome to the world of Instant cooking.

Thank you for welcoming us into your kitchen.

Having families ourselves, we developed the Instant Pot® Duo™ Nova multi-use pressure cookers to allow busy families and professionals alike to cook healthy, delicious meals more easily and in less time.

We have partnered with chefs, authors and bloggers to compile a collection of recipes that we hope you enjoy!

Happy cooking,

Robert J. Wang
Founder and Chief Innovation Officer



Download the Instant Pot App
• 1000+ Original Recipes
• New User Tips
• Getting Started Videos



Find helpful **how-to videos**, **download the app**, or visit our **recipe** site.

2

# Table of Contents

IMPORTANT SAFEGUARDS..................................................................................5

    Special Cord Set Instructions .......................................................10

Initial Setup ...................................................................................... 11

Product, Parts and Accessories ........................................................ 12

Control Panel ................................................................................... 15

Smart Program Settings................................................................... 17

    Adjust and Save Pressure Cooking Temperature ....................................17

    Adjust and Save Pressure Cooking Time .................................................17

    Adjust and Save Non-Pressure Cooking Temperatures .........................17

    Adjust and Save Non-Pressure Cooking Time ........................................17

    Cancel and Standby Mode ........................................................................18

    Turn Sound On/Off .....................................................................................18

    Adjust Temperature Scale: Fahrenheit and Celsius................................18

    Set a Delay Start Timer .............................................................................18

    Automatically Keep Food Warm After Cooking ....................................19

    Reheat Food or Keep Warm for Long Periods.........................................19

    Reset Smart Programs to Factory Default Settings ................................19

Status Messages..............................................................................20

Cleaning Before First Use ................................................................21

Overview of Pressure Control Features ............................................22

    Pressure Cooking Lid ................................................................................ 22

    Quick Release Button ............................................................................... 23

    Steam Release Valve ................................................................................ 24

    Anti-Block Shield ...................................................................................... 25

    Sealing Ring............................................................................................... 26

    Float Valve................................................................................................. 27

    Condensation Collector............................................................................ 28

# Table of Contents

Cooking with the Duo Nova ........................................................................29

    Introduction to Pressure Cooking  ........................................................ 29

Depressurizing the Cooker (Venting Methods)......................................31

    Natural Release (NR) ...............................................................................31

    Quick Release (QR)..................................................................................31

    10-Minute NR .......................................................................................... 32

Initial Test Run (Water Test) ...................................................................33

Using Pressure Cooking Smart Programs ...............................................34

    Pressure Cooking Settings...................................................................... 37

    Pressure Cooking Tips............................................................................. 39

Pressure Cooking Timetable.................................................................... 41

Grain-to-Water Ratios...............................................................................42

Using Non-Pressure Cooking Smart Programs.......................................43

    Slow Cook................................................................................................ 44

    Sauté ....................................................................................................... 45

    Yogurt....................................................................................................... 46

Care and Cleaning ....................................................................................48

Troubleshooting .......................................................................................50

Warranty ...................................................................................................53

Contact Information ..................................................................................55

# IMPORTANT SAFEGUARDS

When using electrical appliances, basic safety precautions should always be followed:

1.  READ THE *GETTING STARTED GUIDE* AND ALL INSTRUCTIONS, SAFEGUARDS, AND WARNINGS BEFORE OPERATING THE APPLIANCE. FAILURE TO FOLLOW THESE SAFEGUARDS AND INSTRUCTIONS MAY RESULT IN INJURY AND/OR PROPERTY DAMAGE.

2.  Use only the Instant Pot Duo Nova lid with the Instant Pot Duo Nova pressure cooker base. Using any other pressure cooker lids may cause injury and/or damage.

3.  To reduce the risk of pressure leakage, cook only in an authorized stainless steel Instant Pot inner pot. DO NOT use the appliance without the removable inner pot installed.

4.  Always operate the appliance on a stable, non-combustible, level surface.

5.  Do not use the appliance for anything other than its intended use. Failure to follow these instructions may result in injury or property damage.

6.  For household use only. Do not use outdoors. Not for commercial use.

7.  **⚠ CAUTION**  Do not place the appliance on or in close proximity to a hot gas or electric burner, or a heated oven. Heat from an external source will damage the appliance. Failure to follow these instructions may result in injury or property damage.

8.  **⚠ CAUTION**  Do not use the appliance near water or flame. Keep out of direct sunlight. Failure to follow these instructions may result in injury or property damage.

9.  **⚠ CAUTION**  Do not touch hot surfaces. Only use side handles for carrying or moving. Extreme caution must be used when moving the appliance containing hot liquids. Do not move the appliance when it is under pressure.

10. The cooker base contains electrical components. To avoid electrical shock, do not put liquid of any kind into cooker base, and do not immerse power cord, plug, or the appliance in water or other liquid. Do not rinse the appliance under tap.

11. **⚠ CAUTION**  Do not fill over **PC MAX – 2/3** as indicated on the inner pot. When cooking foods that expand during cooking such as rice or dried vegetables, do not fill the inner pot over **–1/2** line. Overfilling may cause a risk of clogging the steam release pipe and developing excess pressure.

 **⚠WARNING**  Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury or damage.

# IMPORTANT SAFEGUARDS

12.  **⚠ WARNING**  This appliance cooks under pressure. Inappropriate use may result in burns, injury and/or property damage. Make certain the appliance is properly closed before operating. Refer to **Pressure Control Features–Pressure Cooking Lid**.

13.  When cooking meat with skin (e.g. sausage with casing), the skin can swell when heated. Do not pierce the skin while it is swollen; this could result in scalding injury.

14.  **⚠ CAUTION**  When pressure cooking food with a doughy or thick texture, or a high fat/oil content, contents may splatter when opening the lid. Please follow recipe instructions for pressure release method. Refer to **Depressurizing the Cooker (Venting Methods)**.

15.  **⚠ CAUTION**  Before each use, check the steam release valve/handle, steam release pipe, anti-block shield and float valve for clogging. Failure to do so may result in injury or property damage.

16.  **⚠ DANGER**  Do not open the appliance until it has depressurized and all internal pressure has been released. If the float valve is still up and/or the lid is difficult to open, this indicates that the appliance is still pressurized–do not force it open. Any pressure in the appliance can be hazardous. Refer to **Depressurizing the Cooker (Venting Methods)** for information on releasing pressure. Opening appliance while it is still pressurized may lead to sudden release of hot contents and may cause burns or other injuries.

17.  Do not use this appliance for deep frying or pressure frying with oil.

18.  Do not lean over or place your hands or face over the steam release valve/handle or float valve when the appliance is in operation or has residual pressure. Do not touch the metal portion of the lid when the appliance is in operation; this could result in injury.

19.  Do not cover or obstruct the steam release valve/handle and/or float valve with cloth or other objects. Obstructing the steam release valve/handle and/or float valve can create a safety issue and may cause injury.

20.  Turn the appliance off if steam escapes from the steam release valve/handle and/or float valve in a steady stream for longer than 3 minutes. There may be residual pressure in the appliance. Allow the appliance to depressurize naturally or release all excess pressure before opening. For more information on how to release pressure, refer to **Depressurizing the Cooker (Venting Methods)**.

 **WARNING**  Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury or damage.

# IMPORTANT SAFEGUARDS

21. Turn the appliance off if steam escapes from the sides of the lid and ensure sealing ring is properly installed. <u>Overview of Pressure Control Features– Sealing Ring</u> for more information.

22. To disconnect, select **Cancel**, then remove plug from power source.

23. Unplug from the outlet when not in use, as well as before adding or removing parts or accessories, and before cleaning. To unplug, grasp the plug and pull from the outlet. Never pull from the power cord.

24. Regularly inspect the appliance and power cord. Do not operate the appliance if the power cord or plug is damaged, or after the appliance malfunctions or is dropped or damaged in any manner. For assistance, contact Customer Care at **support@instantpot.com** or **1-800-828-7280**.

25. **⚠ CAUTION** Do not let the power cord hang over edges of tables or counters, or touch hot surfaces or open flame, including the stovetop.

26. **⚠ CAUTION** Spilled food can cause serious burns. A short power-supply cord is provided to reduce the hazards resulting from grabbing, entanglement and tripping.

    - Keep the appliance and cord away from children.
    - Never drape the power cord over edges of tables or counters.
    - Never use below-counter power outlets, and never use with an extension cord.

27. Intended for countertop use only. Keep the appliance on a stable, heat-resistant platform. Do not place on anything that may block the vents on the bottom of the appliance. Do not place on a hot stove.

28. **⚠ CAUTION** Do not use any accessories or attachments not authorized by Instant Brands Inc.  The use of attachments not recommended by the manufacturer, may cause a risk of injury, fire or electric shock.

29. **⚠ CAUTION** Before inserting the inner pot into the appliance, clean the outer surface of the inner pot and the heating element located on the inner surface of the outer pot with a clean, dry cloth. Ensure they are dry and free of food debris.

30. Do not attempt to repair, replace, or modify components of the appliance, as this may cause electric shock, fire or injury, and will void the warranty.

 **⚠ WARNING** Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury or damage.

# IMPORTANT SAFEGUARDS

31. Do not tamper with any of the safety mechanisms, as this may result in injury or property damage.

32. Do not use the appliance in electrical systems other than 120 V/60 Hz for North America. Do not use with power converters or adapters.

33. This appliance is NOT to be used by children or by persons with reduced physical, sensory, or mental capabilities. Close supervision is necessary when any appliance is used near children and these individuals. Children should not play with this appliance.

34. To prevent personal injury and damage to the appliance, only replace the sealing ring with an authorized Instant Pot sealing ring.

35. The use of accessory attachments not recommended by the appliance manufacturer may cause injuries.

36. Proper maintenance is recommended after each use. Refer to **Care and Cleaning**. Let the appliance cool to room temperature before cleaning or storage.

37. Never connect this appliance to an external timer switch or separate remote-control system.

38. **⚠ CAUTION** DO NOT touch accessories during or immediately after cooking. To avoid personal injury,

   - Always use oven mitts when removing accessories, and to handle the inner pot.
   - Always place hot accessories on a heat resistant surface or cooking plate.
   - Use extreme caution when disposing of hot grease.

   Failure to follow these instructions may result in serious injury or property damage.

39. Do not leave the appliance unattended while in use.

40. **⚠ CAUTION** Extreme caution must be used when the inner pot contains hot oil, hot food, or hot liquids. Improper use, including moving the cooker base, may result in personal injury. Do not move the appliance while it is in use.

41. Oversized foods and/or metal utensils must not be inserted into the inner pot as they may cause risk of fire and/or personal injury.

42. Do not store any materials in the cooker base or inner pot when not in use.

 **⚠ WARNING**  Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury or damage.

# IMPORTANT SAFEGUARDS

43. Do not place any combustible materials in the cooker base or inner pot, such as paper, cardboard, plastic, Styrofoam or wood.

44. Do not use the included accessories in a microwave, toaster oven, convection or conventional oven, or on a ceramic cooktop, electric coil, gas range, or outdoor grill.

45. The removable inner pot can be extremely heavy when full of ingredients. Care should be taken when lifting the inner pot from the cooker base to avoid burn injury.

46. Use caution when removing the lid. Heat and steam escape as soon as the lid is removed. Never place your face, hands or exposed skin over the appliance opening where heat and steam escape when removing the lid.

## SAVE THESE INSTRUCTIONS

 **⚠ WARNING** Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury or damage.

# IMPORTANT SAFEGUARDS

| ⚠WARNING |
|---|
| To avoid injury, read and understand instruction manual before using this machine. |

| ⚠WARNING |
|---|
| Electrical shock hazard. Use grounded outlet only. DO NOT remove ground. DO NOT use an adapter. DO NOT use an extension cord. Failure to follow instructions can cause electric shock and/or death. |

| ⚠WARNING |
|---|
| THE FAILURE TO FOLLOW ANY OF THE IMPORTANT SAFEGUARDS AND THE IMPORTANT INSTRUCTIONS FOR SAFE USE IS A MISUSE OF YOUR APPLIANCE THAT CAN VOID YOUR WARRANTY AND CREATE THE RISK OF SERIOUS INJURY. |

## Special Cord Set Instructions

As per safety requirement, a short power supply cord (0.6 m to 0.9 m / 24 in. to 35 in.) is provided to reduce the hazards resulting from entanglement and tripping.

This appliance has a 3-prong grounding plug. To reduce the risk of electric shock, plug the power cord into a grounded (earthed) electrical outlet that is easily accessible.

## Product Specifications

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Duo Nova Mini | 3 Quarts 2.8 Litres | 120 V~60 Hz | 700 W | 8.8 lbs 3.99 kg | in: 111.5L × 10.2W × 11H cm: 29.2L × 25.9W × 27.9H |
| Duo Nova 60 | 6 Quarts 5.7 Litres | 120 V~60 Hz | 1000 W | 11.8 lbs 5.37 kg | in: 13.2L × 12.2W × 12.5H cm: 33.5L × 31W × 31.7H |
| Duo Nova 80 | 8 Quarts 7.6 Litres | 120 V~60 Hz | 1200 W | 15.6 lbs 7.08 kg | in: 14.8L × 13.6W × 14H cm: 37.6L × 34.3W × 36.8H |
| Duo Nova 100 | 10 Quarts 9.5 Litres | 120 V~60 Hz | 1440 W | 20.9 lbs 9.5 kg | in: 14.8L × 15.5W × 14.7H cm: 42L × 39.3W × 37.5H |

 Read this manual carefully and completely, and retain for future reference. Failure to adhere to safety instructions may result in serious injury or damage.

10

## Initial Setup

- Read all the **Important Safeguards** before using the appliance. Failure to read and follow the Important Safeguards may result in damage to the appliance, property damage or personal injury.
- Use only the Instant Pot Duo Nova lid with the Instant Pot Duo Nova pressure cooker base. Using any other pressure cooker lids may cause injury and/or damage.
- Remove all packaging material and accessories from within and around the appliance.
- Place the appliance on a stable, level surface, away from combustible material and external heat sources.
- Do not remove safety warning stickers from lid or rating label from back of cooker base.
- Follow **Care and Cleaning** instructions to clean the appliance before first use.

| ⚠ CAUTION | |
| --- | --- |
| Do not place the appliance on a stovetop. Heat from an external source will damage the appliance. | Do not place anything on top of the appliance, and do not cover or block the steam release valve or anti-block shield located on the appliance lid. |

# Product, Parts and Accessories

---

### Duo Nova 3, 6, 8 and 10 Quart Pressure Cookers

Before using the Instant Pot Nova, verify that all parts are accounted for.

### Top of Lid



- Steam Release Valve
- Float Valve
- Quick Release Button
- Handle
- Lid Position Marker
- Lid Fins

### Bottom of Lid



- Locking Pin
- Float Valve Silicone Cap
- Anti-Block Shield
- Steam Release Pipe
- *(beneath anti-block shield)*
- High-Pressure Valve
- *(10 Quart model only)*
- Sealing Ring Rack
- Sealing Ring

| ⚠ WARNING |
|---|
| The high-pressure valve is a safety mechanism that vents excess pressure only when necessary. Do not touch the high-pressure valve during operation to avoid personal injury. |

*Illustrations are for reference only and may differ from the actual product.*

# Product, Parts and Accessories

## Inner Pot

Stainless Steel Inner Pot

**Instant Tip**: The lid has been designed with lid fins that fit perfectly inside the handles on the left and right sides of the cooker base to help keep your countertop dry!

## Cooker Base



Condensation Rim

Outer Pot

Cooker Handles

Heating Element

*(interior)*

Control Panel

Base Power Socket

*(rear; 8 and 10 quart are hardwired)*

*Illustrations are for reference only and may differ from the actual product.*

13

# Product, Parts and Accessories

## Accessories



Sealing Rings (×2)
(1x installed in lid)



Condensation Collector



Steam Rack with Handles
(6, 8 and 10 Quart models only)



Steam Rack
(3 Quart model only)



Detachable Power Cord
(3 and 6 Quart models only)

*Illustrations are for reference only and may differ from the actual product.*

14

## Control Panel



**1  Display**

Status Icons show the cooker's status as described below.

**Timer** shows countdown to **Delay Start**, cooking time remaining, and **Keep Warm** time passed in hours and minutes. Also shows Status Messages as described below.

**Less – Normal – More** indicate the selected Smart Program cooking time or temperature.

**Pressure Level Indicator** shows the selected Smart Program pressure level.

**2  Smart Program Settings Keys**

**–/+ keys**: Adjust **Delay Start**, cooking time and **Keep Warm** time.

**Pressure Level**: Toggles between **Low** and **High** pressure levels.

**Keep Warm**: Turns the **Keep Warm** option on or off.

**Delay Start**: Enables the delayed start option.

## Control Panel

LED Indicators show the selected or active Smart Program including any options selected.

Cancel: Press Cancel at any time to return the cooker to Standby mode.

*See* *Smart Program Settings*, *below for more information.*

**3** **Smart Programs**

**Pressure Cooking**
- Soup/Broth
- Meat/Stew
- Bean/Chili
- Poultry (not available on Duo Nova 3 Quart models)
- Rice
- Multigrain (not available on Duo Nova 3 Quart models)
- Porridge
- Steam
- Pressure Cook

**Non-Pressure Cooking**
- Slow Cook
- Sauté
- Yogurt
- Keep Warm

**4** **Status Icons**

 Element is heating

 Pressure cooking in progress

 Keep Warm On/Off

 Sound On

 Sound Off

16

# Smart Program Settings

## Adjust and Save Pressure Cooking Temperature

Select a pressure cooking Smart Program, then press **Pressure Level** to toggle between **High** (10.2–11.6 psi) and **Low** (5.8–7.2 psi) pressure levels.

*Note: A higher pressure results in higher cooking temperature.*

When cooking begins, the pressure level you selected is saved and remembered the next time the Smart Program is selected.

The cooking temperature may be adjusted at any time during pressure cooking by pressing **Pressure Level**, but adjustments made after cooking has begun will not be saved.

## Adjust and Save Pressure Cooking Time

Select a pressure cooking Smart Program, then press the Smart Program button again to cycle through the **Less**, **Normal** and **More** cooking **time options**.

If desired, use the **−** / **+** buttons to further customize the time.

When cooking begins, your customizations are saved and remembered the next time the Smart Program is selected.

The cooking time may be adjusted at any time during pressure cooking, but adjustments made after cooking has begun will not be saved.

## Adjust and Save Non-Pressure Cooking Temperatures

Select a non-pressure cooking Smart Program, then press the Smart Program button again to cycle through the **Less**, **Normal** and **More** cooking **temperature levels**.

When cooking begins, the temperature level is saved and remembered the next time the Smart Program is selected.

The cooking temperature may be adjusted at any time during non-pressure cooking by pressing the Smart Program button, but adjustments made after cooking has begun will not be saved.

## Adjust and Save Non-Pressure Cooking Time

Select a non-pressure cooking Smart Program, then use the **−** / **+** buttons to adjust the cooking **time**.

The cooking time may be adjusted at any time during non-pressure cooking, but adjustments made after cooking has begun will not be saved.

# Smart Program Settings

## Cancel and Standby Mode

When the cooker is plugged in but not in operation, the display reads **OFF** to indicate Standby mode.

Press **Cancel** to stop a Smart Program at any time. The cooker returns to Standby mode.

## Turn Sound On/Off

 Sound On: When in Standby, press and hold **+** button until display indicates **S On**.

 Sound Off: When in Standby, press and hold **–** button until display indicates **SOFF**.

*Note: Audible safety alerts (beeps) cannot be turned off.*

## Adjust Temperature Scale: Fahrenheit and Celsius

Press both **–** and **+** buttons simultaneously twice. Default temperature unit will be displayed.

Press the **+** button repeatedly, to toggle between °F and °C.

*Note: Temperature is only displayed within the **Sous Vide** Smart Program.*

## Set a Delay Start Timer

Delay Start can be set to a minimum of **10** minutes or a maximum of **24** hours.

1. Select a Smart Program and adjust the settings as you desire, then press **Delay Start**.

   *Note: Once **Delay Start** has been selected, there is no way to return to the cooking settings. To adjust Smart Program settings, press **Cancel** and enter new selections.*

2. When the **hours field** flashes, use the **–** / **+** buttons to adjust the delay time. E.g., **02:00** indicates that cooking will start after 2 hours.

3. Press **Delay Start** again to toggle to the **minutes field** and follow the same process as the previous step.

4. Delay Start begins automatically after 10 seconds and the timer counts down.

5. When Delay Start ends, the Smart Program begins, and the display indicates **On**.

Delay Start is not available with the Sauté, Sous Vide or Yogurt Smart Programs.

# Smart Program Settings

---

## Automatically Keep Food Warm After Cooking

The Keep Warm setting turns on automatically after cooking on all Smart Programs except Sauté, Sous Vide and Yogurt.

When automatic warming begins, the timer begins counting from **00:00** to indicate the time passed, up to **10** hours.

To turn automatic warming off, press **Keep Warm**. The LED above the button dims to indicate that it is off.

## Reheat Food or Keep Warm for Long Periods

When in Standby, select **Keep Warm**. Press **Keep Warm** again to cycle through **Less**, **Normal** and **More** warming **temperature levels**.

Use the **–** / **+** buttons to set a warming timer up to **99** hours and **50** minutes.

Keep Warm begins automatically after 10 seconds.

When Keep Warm completes, the display indicates **End**.

## Reset Smart Programs to Factory Default Settings

### Reset Individual Smart Programs
With the cooker in Standby mode, press and hold one Smart Program button until the cooker returns to Standby and displays **OFF**.

The Smart Program's pressure level, cooking time and temperature are restored to the factory default setting.

### Reset All Smart Programs
With the cooker in Standby mode, press and hold **Cancel** until the cooker beeps.

All Smart Program pressure levels, cooking times and temperatures are restored to the factory default setting.

## Status Messages

 Indicates that the cooker is in Standby mode.

 Indicates that the cooker lid is not properly secured.

 Indicates that the cooker is pre-heating.

 Indicates that the Rice Smart Program is running.

Indicates that the Yogurt Smart Program is in the process of pasteurizing milk (i.e., the Yogurt Smart Program is set to More).

Indicates that the Sauté Smart Program has reached cooking temperature and food may be added to the inner pot.

Displays one of the following:

- When Delay Start is selected, displays a countdown until the Smart Program begins;
- When a Smart Program is running, displays the cooking time remaining in that Smart Program;
- When Keep Warm is selected, displays the length of time that food has been warming.

 Indicates that a Smart Program has ended.

 Indicates that the cooker is overheating due to insufficient liquid. See **Troubleshooting** for more information.

 Indicates that an error has occurred. See **Troubleshooting** for more information on error codes.

# Cleaning Before First Use

Remove the inner pot from the cooker base and wash it with hot water and dish soap. Rinse with warm, clear water and use a soft cloth to dry the outside of the inner pot.

*Note: The inner pot is dishwasher safe.*

Wipe the heating element with a soft cloth to ensure there are no stray packaging particles present before returning the inner pot to the cooker base.

*Note: Before cooking, always ensure the heating element is clean and dry before inserting the inner pot into the cooker base. Failure to do so may damage the cooker.*

The inner pot is an integral part of product safety. Food **must** be placed in the inner pot, and never directly in the cooker base.

To avoid personal injury or damage to the appliance, replace a deformed or damaged inner pot. Use only authorized Instant Pot inner pots made for this model when cooking.

  

| ⚠CAUTION | To avoid risk of personal injury and/or property damage, as well as damage to the cooker, do not pour food or liquid into cooker base. |
|---|---|

| ⚠WARNING | Do not fill the inner pot higher than the **PC MAX — 2/3** (Pressure Cooking Maximum), as indicated on the inner pot.<br><br>Exercise extreme caution when cooking and venting food such as applesauce, cranberries, pearl barley, oatmeal, split peas, noodles, etc., as these foods may foam, froth, or spatter, and may clog the steam release pipe and/or steam release valve. Do not fill the inner pot higher than the **— 1/2** line when cooking these foods. |

# Overview of Pressure Control Features

## Pressure Cooking Lid

The stainless steel lid included is necessary for most cooking processes, and is essential for pressure cooking. Always ensure to use the Duo Nova pressure cooking lid with the Duo Nova cooker base.

When plugged in, the cooker plays a jingle when the lid is opened and closed.

### Open and Remove the Lid

Grip the lid handle and turn it counter-clockwise to align the ▼ symbol on the lid with the 🔓▲ symbol on the rim of the cooker base, then lift the lid up and off the cooker base.



### Close the Lid

Align the ▼ symbol on the lid with the 🔓▲ symbol on the cooker base, and lower the lid onto the track. Turn the lid clockwise until the ▼ symbol on the lid aligns with the ▲🔒 symbol on the cooker base.



# Overview of Pressure Control Features

The pressure cooking lid **automatically seals** for easy pressure cooking, but **does not lock into place when closed**. The lid can be removed during Pre-heating but **locks into place once the cooker has pressurized.**

Refer to **Overview of Pressure Control Features–Float Valve** for information on pressurization and depressurization.

| ⚠ DANGER | **Do not** attempt to remove the lid while the float valve is up. |
|---|---|

| ⚠ CAUTION | Always check the lid for damage and excessive wear prior to cooking. |
|---|---|

| ⚠ WARNING | Use only the Instant Pot Duo Nova lid with the Instant Pot Duo Nova pressure cooker base. Using any other pressure cooker lids may cause injury and/or damage. |
|---|---|

## Quick Release Button

The quick release button controls the steam release valve, sealing and venting the cooker as you desire.

Refer to **Depressurizing the Cooker (Venting Methods)** for details on safe depressurization.



Quick Release Button

# Overview of Pressure Control Features

## Steam Release Valve

The steam release valve sits loosely on the steam release pipe. When the cooker releases pressure, steam ejects from the top of the steam release valve.

The steam release valve is integral to product safety and necessary for pressure cooking. It must be installed before use and cleaned regularly.



### Remove the Steam Release Valve

Pull steam release valve up and off steam release pipe.

The steam release valve must be installed before using the cooker. It should only be removed for cleaning, but should be cleaned frequently.

### Install the Steam Release Valve

Place the steam release valve on the steam release pipe and press down firmly.

The steam release valve sits loosely on the steam release pipe when installed properly but should remain in place when the lid is turned over.



Remove                              Install

---

⚠️ **WARNING**   Do not cover or block the steam release valve.

---

# Overview of Pressure Control Features

## Anti-Block Shield

The anti-block shield prevents food particles from coming up through the steam release pipe, assisting with pressure regulation.

As an integral part of product safety, the anti-block shield must be installed before use and cleaned frequently.

### Remove the Anti-Block Shield

Grip the lid like a steering wheel and use your thumbs to press firmly against the side of the anti-block shield (pressing towards the side of the lid and up) until it pops off the prongs underneath.

### Install the Anti-Block Shield

Place anti-block shield over prongs and press down until it snaps into position.

Do not attempt to operate the pressure cooker without the anti-block shield installed.



Remove

Install

# Overview of Pressure Control Features

## Sealing Ring

When the pressure cooking lid is closed, the sealing ring installed on the underside of the lid creates an air-tight seal between the lid and the cooker base.

The sealing ring must be installed before using the cooker and should be cleaned after each use. Only 1 sealing ring should be installed in the lid when using the cooker. Use one for sweet dishes and one for savory.

Sealing rings stretch over time with normal use. As an integral part of product safety, the sealing ring should be replaced every 12–18 months or sooner if stretching, deformation, or damage is noticed.

### Remove the Sealing Ring
Grip the edge of the silicone and pull the sealing ring out from behind the circular stainless steel sealing ring rack.

With the sealing ring removed, inspect the rack to ensure it is secured, centered, and an even height all the way around the lid. Do not attempt to repair a deformed sealing ring rack.

### Install the Sealing Ring
Place the sealing ring over the sealing ring rack and press it into place. Press down firmly to alleviate puckering.

When installed properly, the sealing ring is snug behind sealing ring rack and should not fall out when the lid is turned over.

**Remove**



**Install**



**Incorrect**



**Instant Tip**: Silicone is porous, so it may absorb strong aromas and certain flavors. Keep extra sealing rings on hand to limit the transfer of those aromas and flavors between dishes. Visit <u>our store</u> to color code your cooking.

> ⚠**CAUTION**  Always check for cuts, deformation, and correct installation of the sealing ring prior to cooking. Do not use a stretched or damaged sealing ring. Only use authorized Instant Pot sealing rings. Failure to follow these instructions may cause food to discharge, which may lead to personal injury or property damage.

# Overview of Pressure Control Features

## Float Valve

The float valve provides a visual indication of pressure within the cooker and appears in 2 positions.

 

**Pressurized**
The float valve has visibly popped up above the surface of the lid.

**Depressurized**
The float valve has descended and the top is flush with the lid.

The float valve and silicone cap work together to seal in pressurized steam. These parts must be installed before use and should be cleaned after each use.

### Remove the Float Valve from the Lid

Place one finger on the flat top of float valve, then turn the lid over. Detach the silicone cap from the bottom side of the float valve.

Remove the float valve from the top of the lid. Do not discard the float valve or silicone cap.



Top                                          Bottom

# Overview of Pressure Control Features

### Install the Float Valve

Drop the narrow end of the float valve into the float valve hole on the top of the lid. Place one finger on the flat top of the float valve, then turn the lid over. Firmly attach the silicone cap to the bottom of the float valve.

Do not attempt to operate the pressure cooker without the float valve and/or silicone cap properly installed in the pressure cooking lid.

| ⚠DANGER | While the float valve is up, contents of cooker are under extreme pressure. **Do not attempt to remove the lid**. All pressure **must** be released, and float valve must be **down**. Refer to <u>Depressurizing the Cooker (Venting Methods)</u> for information on releasing pressure. Failure to follow these instructions may result in property damage and/or personal injury. |
| --- | --- |

## Condensation Collector

The condensation collector sits at the back of the cooker base and accumulates overflow moisture from the condensation rim. It should be installed before cooking, then emptied and rinsed out after each use.

### Remove the Condensation Collector

Pull the condensation collector **away** from the cooker base; do not pull down. Note the tabs on the cooker base and the grooves on the condensation collector.

### Install the Condensation Collector

Align the grooves on the condensation collector over the tabs on the back of the cooker base and slide the condensation collector into place.



# Introduction to Pressure Cooking

Pressure cooking uses steam pressure to raise the boiling point of water above 100°C / 212°F. This energy-efficient cooking method is the fastest way to thoroughly cook a variety of your favorite meals.

Pressure cookers go through 3 stages when pressure cooking:

## 1. Pre-Heating and Pressurization

The cooker waits 10 seconds to ensure you have finished inputting your selections, then displays **On** to indicate it has begun pre-heating. While the cooker pre-heats, it vaporizes liquid in the inner pot to create steam. Once enough steam has built up inside the inner pot, the float valve pops up and locks the lid of the cooker in place for safe pressure cooking.

When the float valve pops up, the silicone cap attached to the bottom of the float valve (on the underside of the lid) seals the steam inside the cooking chamber (the inner pot) and allows the pressure to rise even higher. A higher pressure means a higher cooking temperature.

While it is normal to see some steam escaping through the float valve during Pre-Heating, if you see steam escaping from around the sides of the lid, press **Cance**l and refer to <u>**Troubleshooting**</u>.

*Note: The time it takes your cooker to pressurize is determined by a variety of factors, including food and liquid volume.*

## 2. Cooking

After the float valve pops up, the cooker needs a few minutes to finish building pressure. When the required pressure level is reached, cooking begins. The display switches from **On** to the cooking countdown timer, displayed in **HH:MM** (hours : minutes) format.

Smart Program settings (e.g., cooking time, temperature and/or pressure level, and whether Keep Warm will come on automatically or not) can be adjusted at any time during cooking. Refer to <u>**Smart Program Settings**</u> for details.

# Cooking with the Duo Nova

### 3. Depressurization

After pressure cooking completes, follow your recipe instructions for depressurizing the cooker.

If automatic **Keep Warm** is on after cooking completes, the timer counts up from **00:00** to indicate the elapsed time up to **10** hours. If not, the cooker returns to Standby and displays **End**.

*Note: The cooker cools and depressurizes faster if automatic Keep Warm is off.*

See **Depressurizing the Cooker (Venting Methods)** for information on releasing pressure after cooking.

| ⚠️DANGER | While the float valve is up, contents of cooker are under extreme pressure. **Do not attempt to remove the lid while the float valve is still up**. All pressure **must** be released, and float valve must be **down** before attempting to remove the lid. **Never attempt to force the lid open**. Failure to follow the instructions may result in property damage and/or personal injury. |
|---|---|

# Depressurizing the Cooker (Venting Methods)

Always follow recipe instructions for depressurizing the cooker.



Seal Position



Vent Position

## Natural Release (NR)

Leave the quick release button in the popped-up **Seal** position. As the temperature within the cooker drops, the cooker depressurizes naturally over time.

Depressurization time varies based upon the volume and type of food and liquid. When the cooker has completely depressurized, the float valve drops into the lid.

| **NOTICE** | Use NR to depressurize the cooker after cooking high-starch foods (e.g., soups, stews, chilis, pasta, oatmeal and congee) or after cooking foods that expand when cooked (e.g., beans and grains). |
| --- | --- |

## Quick Release (QR)

Press the quick release button down until it clicks and locks into the **Vent** position.





When depressed, a stream of steam releases through the top of the steam release valve.

| **⚠ CAUTION** | Steam ejected from the steam release valve is hot. Do not place hands, face, or any exposed skin over the steam release valve when releasing pressure. |
| --- | --- |

*Note:* Steam may range in opacity but is always loud!

When the cooker has completely depressurized, the float valve drops into the lid.

# Depressurizing the Cooker (Venting Methods)

If continuous spatter occurs while venting, set the cooker back to **Seal** by flicking the quick release button. The button pops back up to indicate that it is sealed and stops the depressurization process. Wait a few minutes before trying to QR again. If spatter continues, use NR to safely release remaining pressure.



| NOTICE | Do not use QR when cooking high-starch foods (e.g., stews, chilis, pasta and congee) or when cooking foods that expand when cooked (e.g., beans and grains). |
|---|---|

## 10-Minute NR

Leave the quick release button in the popped-up **Seal** position for **10** minutes after cooking has completed, then press the quick release button down until it clicks and locks into the **Vent** position. When depressed, a stream of steam releases through the top of the steam release valve.

If continuous spatter occurs while venting, set the cooker back to **Seal** by flicking the quick release button. Wait an additional 5 minutes before trying to QR again. If spatter continues, use NR to safely release remaining pressure.

| ⚠DANGER | While the float valve is up, contents of cooker are under extreme pressure. **Do not attempt to remove the lid while the float valve is still up**. All pressure **must** be released, and float valve must be **down** before attempting to remove the lid.  **Never attempt to force the lid open**. Failure to follow the instructions may result in property damage and/or personal injury. |
|---|---|

| ⚠WARNING |
|---|
| The Duo Nova 10 Quart model has a high-pressure valve. This is a safety mechanism that vents excess pressure only when necessary. Do not touch the high-pressure valve during operation to avoid personal injury. |

| ⚠WARNING | | |
|---|---|---|
| Do not lean over or touch the steam release valve. | Do not place unprotected skin over the steam release valve. | Do not cover or obstruct the steam release valve. |

# Initial Test Run (Water Test)

Follow these steps to familiarize yourself with your Instant Pot Duo Nova.

Total test time: Approximately 20 minutes.

1. Remove the inner pot from the cooker base.

2. Add 3 cups (24 oz / 750 mL) of water to the inner pot.

3. Insert the inner pot into the cooker base.

4. **3 and 6 Quart only**: Secure the power cord to the base power socket at the back of the cooker base. Ensure the connection is tight.
   **All**: Connect the power cord to a 120 V power source.
   The display indicates **OFF**.

5. Place and close the lid as described in **Pressure Control Features—Pressure Locking Lid**.
   The lid automatically seals for pressure cooking.

6. Press **Pressure Cook** to select the Pressure Cook Smart Program.

7. Use the **–** / **+** buttons to adjust the cooking time to **00:05** minutes.
   *Note: Cooking temperature adjustments are saved to the Smart Program when cooking begins.*

8. Press **Keep Warm** to deactivate the automatic Keep Warm setting.
   After 10 seconds, the display reads **On** to indicate that the **Pre-heating** cycle has begun.

9. The float valve rises when the cooker has pressurized.
   After a few minutes the cooker reaches the target pressure level and **Cooking** begins.
   The display changes from **On** to the cook time countdown.

10. When the Smart Program is complete, the display indicates **End**.

11. Press the quick release button down until it clicks into the **Vent** position.
    Pressurized steam releases through the top of the steam release valve.

12. The float valve drops when the pressure has been fully released.

13. Open and remove the lid as described in **Pressure Control Features—Pressure Cooking Lid**.

14. Carefully remove the inner pot from the cooker base, discard the water and thoroughly dry the inner pot.

You're ready to start cooking!

| ⚠CAUTION | The inner pot will be hot after cooking. Always use appropriate heat protection when handling a hot inner pot. |
|---|---|

# Using Pressure Cooking Smart Programs

Whether you are a novice cook or a culinary expert, the Duo Nova provides Smart Programs to get you cooking with the touch of a button.

The steps below follow the safest procedure for using the cooker and can be applied to the following Smart Programs: Pressure Cook, Soup/Broth, Meat/Stew, Cake*, Egg, Rice, Bean/Grain*, Porridge/Oatmeal, Steam and Sterilize.

*Not available on Duo Nova Mini. Use Pressure Cook instead.*



Always inspect your Instant Pot pressure cooking lid, inner pot and cooker base carefully to ensure they are clean and in good working condition before use.

| Instant Pot Size | Minimum Liquid for Pressure Cooking* |
| --- | --- |
| 3 Quarts / 2.8 Litres | 1 cup (8 oz / 250 mL) |
| 6 Quarts / 5.7 Litres | 1 ½ cups (12 oz / 375 mL) |
| 8 Quarts / 7.6 Litres | 2 cups (16 oz / 500 mL) |
| 10 Quarts / 9.5 Litres | 2 1/2 cups (20 oz / 625 mL) |

*Unless otherwise specified in recipe.*

Pressure cooking liquids should be water-based, such as broth, stock, soup or juice. If using canned, condensed, or cream-based soup, add water as directed above.

> ⚠ **CAUTION**  To avoid scorching or scalding injury, be cautious when cooking with more than 1/4 cup (2 oz / 60 mL) oil, oil-based sauces, condensed cream-based soups, and thick sauces. Add suitable liquid to thin sauces. Avoid recipes that call for more than 1/4 cup (2 oz / 60 mL) of oil or fat content.

34

# Using Pressure Cooking Smart Programs

1.  Open and remove the lid as described in <u>Pressure Control Features—Pressure Cooking Lid</u>.

2.  Remove the inner pot from the cooker base.

3.  Add food and liquid ingredients to the inner pot.
    *Note: Cold or frozen food items take longer to generate steam and slow down pressurization. For the fastest results, thaw frozen ingredients before cooking.*

4.  Insert the inner pot into the cooker base.

5.  **Mini and 6 Quart**: Secure the power cord to the base power socket at the back of the cooker base. Ensure the connection is tight.
    **All**: Connect the power cord to a 120 V power source. The cooker goes to Standby mode and the display indicates **OFF**.

6.  Place and close the lid as described in <u>Pressure Control Features—Pressure Locking Lid</u>.
    *Note: The quick release button will automatically pop up to the **Seal** position for pressure cooking.*

7.  Select your desired pressure cooking Smart Program.

8.  Press the same Smart Program button again to cycle through **Less**, **Normal** and **More** time options.

9.  For custom cooking, use the **–** / **+** buttons to adjust the cooking time.

10. Press **Pressure Level** to toggle between **Low** and **High** pressure.
    *Note: When pressure cooking, the pressure level controls the temperature. A higher pressure results in a higher cooking temperature.*

    *Note: Cooking time and pressure level adjustments are saved to the Smart Program when cooking begins.*

11. Press **Keep Warm** to toggle the automatic Keep Warm setting off or on, as you desire.

12. After 10 seconds, the display reads **On** and indicates that **Pre-heating** has begun.

13. When cooking completes, follow recipe directions to select the appropriate venting method. Refer to <u>Depressurizing the Cooker (Venting Methods)</u>.

> **Instant Tip**: Use the steam rack to lift foods out of the cooking liquid. This ensures even heat distribution, prevents nutrients from leeching into the cooking liquid, and stops food items from scorching on the bottom of the inner pot.

# Using Pressure Cooking Smart Programs

| ⚠DANGER | While the float valve is up, contents of cooker are under extreme pressure. **Do not attempt to remove the lid while the float valve is still up**. All pressure **must** be released, and float valve must be **down** before attempting to remove the lid. **Never attempt to force the lid open**. Failure to follow the instructions may result in property damage and/or personal injury. |
|---|---|

| ⚠WARNING | |
|---|---|
| Do not fill inner pot higher than the **PC MAX — 2/3** line as indicated on the inner pot. | Always cook with the inner pot in place. Do not pour food or liquid into the cooker base. |
| When cooking foods that expand (e.g., rice, beans, pasta) do not fill the inner pot higher than the **— 1/2** line as indicated on the inner pot. | To avoid risk of personal injury and/orproperty damage, place food and liquid ingredients in the inner pot, then insert the inner pot into the cooker base. |

# Using Pressure Cooking Smart Programs

## Pressure Cooking Settings

| Smart Program | Settings and Default | | | |
|---|---|---|---|---|
| Soup/Broth | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:30 | 04:00 |
| Meat/Stew | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:35 | 00:45 |
| Bean/Chili | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:25 | 00:30 | 00:40 |
| Poultry* | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:05 | 00:15 | 00:30 |
| Rice | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:08 | 00:12 | 00:15 |
| Multigrain* | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:40 | 01:00 (+ 00:45 soaking time) |
| Porridge or Oatmeal | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:05 | 00:20 | 00:30 |
| Steam | Pressure | Low (35–55 kPa / 5–8 psi) High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:03 | 00:10 | 00:15 |

# Using Pressure Cooking Smart Programs

| Smart Program | Settings and Default | | | |
|---|---|---|---|---|
| Pressure Cook | Pressure | Low (35–55 kPa / 5–8 psi)<br>High (65–85 kPa / 9.4–12.3 psi) | | |
| | Setting | Less | Normal | More |
| | Default Cooking Time (adjustable) | 00:20 | 00:35 | 00:45 |

*\* Not available on Duo Nova 3 Quart models. Use **Pressure Cook** instead.*

# Using Pressure Cooking Smart Programs

## Pressure Cooking Tips

| Smart Program | Setting | Suggested Use | Note |
|---|---|---|---|
| Soup/Broth | Less | Soup without meat | Liquid remains clear due to lack of boiling motion. Always use NR to release pressure when cooking soup with a high starch content. |
| | Normal | Soup with meat | |
| | More | Rich bone broth | |
| Meat/Stew | Less | Soft texture | Choose setting based on meat texture desired, or adjust cook time manually. Allow meat to "rest" for 5–30 minutes, depending on size. It will retain cooking juices for tender, succulent meat. |
| | Normal | Very soft texture | |
| | More | Fall-off-the-bone texture | |
| Bean/Chili | Less | Firmer texture | Choose setting based on bean texture desired, or adjust cook time manually. When cooking beans or legumes, always use NR to release pressure. Ensure dry beans are completely submerged in water. |
| | Normal | Soft texture | |
| | More | Very soft texture | |
| Poultry* | Less | Soft texture | Choose setting based on poultry texture desired or adjust cook time manually. Allow meat to "rest" for 5–30 minutes, depending on size. It will retain cooking juices for tender, succulent meat. |
| | Normal | Very soft texture | |
| | More | Fall-off-the-bone texture | |
| Rice | Less | Tender but firm to bite | For cooking medium and long-grain white rice. Depending on the volume of rice, cook time may range from 8–15 minutes. Use 10-Minute Natural Release after cooking for perfect results. |
| | Normal | Normal texture white rice | |
| | More | Softer texture white rice | |

# Using Pressure Cooking Smart Programs

| Smart Program | Setting | Suggested Use | Note |
|---|---|---|---|
| Multi-grain* | Less | Brown rice, wild rice, black beans, chickpeas, etc. | Select **Less** or **Normal** based on type of grain and desired texture. **More** begins with 45 minutes of warm water soaking time prior to 60 minutes of pressure cooking. |
| | Normal | Brown rice, wild rice, mung beans, etc. | |
| | More | Tough grains or a mixture of grains and beans | |
| Porridge | Less | Oatmeal—steel cut or rolled | Adjust time as directed in recipe. Always use NR to release pressure when cooking foods that expand. |
| | Normal | White rice, porridge/congee | |
| | More | Rice porridge/congee with a mixture of various grains | |
| Steam | Less | Vegetables | Use steam rack provided to elevate food above the cooking liquid. Use QR to release pressure to prevent food from overcooking. |
| | Normal | Fish and Seafood | |
| | More | Meat | |
| Pressure Cook | NA | Manual programming | Press **Pressure Level** to toggle between **High** and **Low** pressure. Use **+ / -** keys to adjust cook time. Adjust according to recipe for desired results. |

*\* Not available on Duo Nova 3 Quart models. Use **Pressure Cook** instead.*

# Pressure Cooking Timetable

The following are recommendations only. Always follow a trusted recipe.

| Food | | Time |
|---|---|---|
| **Vegetables** | Asparagus, Beans (Yellow and Green), Broccoli | 1–2 minutes |
| | Brussels Sprouts, Cabbage (Whole or Wedges), Cauliflower (Florets) | 2–3 minutes |
| | Butternut Squash | 4–6 minutes |
| | Carrots (Whole or Chunks) | 6–8 minutes |
| | Corn (on the Cob) | 3–5 minutes |
| | Potatoes (Large, Whole) | 12–15 minutes |
| | Potatoes (Small, Whole) | 8–10 minutes |
| | Potatoes (Cubed) | 3–4 minutes |
| | Sweet Potatoes (Whole) | 12–15 minutes |
| | Sweet Potatoes (Cubed) | 2–4 minutes |
| **Meat and Eggs** | Beef (Stew) | 20 minutes (per 450 g / 1 lb) |
| | Beef (Large Pieces), Beef (Ribs) | 20–25 minutes (per 450 g / 1 lb) |
| | Chicken (Breasts) | 6–8 minutes (per 450 g / 1 lb) |
| | Chicken (Whole) | 8 minutes (per 450 g / 1 lb) |
| | Chicken (Bone Stock) | 40–50 minutes |
| | Lamb (Leg), Pork (Butt Roast) | 15 minutes (per 450 g / 1 lb) |
| | Pork (Baby Back Ribs) | 15–20 minutes (per 450 g / 1 lb) |
| | Eggs | Hard: 5 mins |
| **Beans and Lentils (Dry and Soaked)** | Black Beans | D: 20–25 mins / S: 6–8 mins |
| | Black-Eyed Peas | D: 14–18 mins / S: 4–5 mins |
| | Chickpeas | D: 35–40 mins / S: 10–15 mins |
| | Kidney Beans (Red), Navy Beans | D: 20–25 mins / S: 7–8 mins |
| | Kidney Beans (White), Pinto Beans | D: 25–30 mins / S: 6–9 mins |
| | Lentils (Green) | D: 8–10 mins / S: N/A |
| | Lentils (Yellow) | D: 1–2 mins / S: N/A |
| | Lima Beans | D: 12–14 mins / S: 6–10 mins |
| | Soybeans | D: 35–45 mins / S: 18–20 mins |
| **Seafood** | Fish (Whole) | 4–5 minutes |
| | Fish (Fillet), Lobster | 2–3 minutes |
| | Mussels | 1–2 minutes |
| | Shrimp (Or Prawn) | 1–3 minutes |
| | Seafood Stock | 7–8 minutes |

## Grain-to-Water Ratios

> **⚠ CAUTION** Always use a meat thermometer to ensure the internal temperature reaches a safe minimum temperature. Refer to the USDA's <u>Safe Minimum Internal Temperature Chart</u> for more information.

| Rice and Grain | Grain : Water Ratio |
|---|---|
| White or Brown Rice | 1 : 1 cup |
| Quinoa | 1 : 3/4 cup |
| Oatmeal | 1 : 3 cups |
| Risotto | 1 : 2 cups–add additional wine to taste |
| Porridge | 1 : 10 cups |

Click **here** for a complete list of cooking timetables.

# Using Non-Pressure Cooking Smart Programs

The Duo Nova is much more than a pressure cooker. These non-pressure cooking Smart Programs get you cooking quickly and easily.

Always ensure the lid is set to **Vent** when using non-pressure cooking programs. Press the quick release button down until it clicks and locks in place.

The following sections provide the safest steps for using the Slow Cook, Sauté, Yogurt and Sous Vide Smart Programs.



Always inspect your Instant Pot pressure cooking lid, inner pot and cooker base carefully to ensure they are clean and in good working condition before use.

| ⚠WARNING | |
|---|---|
| Do not fill inner pot higher than the **PC MAX — 2/3** line as indicated on the inner pot. | Always cook with the inner pot in place. Do not pour food or liquid into the cooker base. |
| When cooking foods that expand (e.g., rice, beans, pasta) do not fill the inner pot higher than the **— 1/2** line as indicated on the inner pot. | To avoid risk of personal injury and/or property damage, place food and liquid ingredients in the inner pot, then insert the inner pot into the cooker base. |

# Using Non-Pressure Cooking Smart Programs

## Slow Cook

Slow Cook is a non-pressure cooking program that is compatible for use with any common slow cooker recipe.

| Setting | Suggested Use | Notes |
|---|---|---|
| Less | **Low** setting on common slow cookers | Follow recipe directions for slow cooking. |
| Normal | **Medium** setting on common slow cookers | **Less** is commonly used for low and slow, all-day cooking, and should be |
| More | **High** setting on common slow cookers | set for a minimum of **10** hours for best results. |

1. Remove the inner pot from the cooker base.

2. Add food and liquid ingredients to the inner pot.

3. Insert the inner pot into the cooker base.

4. **Mini and 6 Quart**: Secure the power cord to the base power socket at the back of the cooker base. Ensure the connection is tight.
   **All**: Connect the power cord to a 120 V power source. The cooker goes to Standby mode and the display indicates **OFF**.

5. Place and close the lid as described in **Pressure Control Features—Pressure Locking Lid**, or use a **glass lid** with a venting hole.

6. Press the quick release button down until it clicks and locks into the **Vent** position.

7. Press **Slow Cook** to select the Slow Cook Smart Program.

8. Press **Slow Cook** again to cycle through the **Less**, **Normal** and **More** **temperature** options.

9. Use the **–** / **+** buttons to adjust the cooking time.
   *Note: Cooking time and temperature level adjustments are saved to the Smart Program when cooking begins.*

10. Press **Keep Warm** to toggle the automatic Keep Warm setting off and on.

11. After 10 seconds, cooking begins and the display timer counts down.

12. When cooking completes, the display indicates **End** if Keep Warm is turned off. If not, the timer begins counting from **00:00** up to **10** hours.

*Note: The float valve should not rise during Slow Cook. The lid is removable throughout the cooking process for easy access. If the float valve rises, ensure the quick release button is set to the **Vent** position. Refer to **Depressurizing Your Cooker (Venting Methods)**.*

# Using Non-Pressure Cooking Smart Programs

## Sauté

Sauté is a non-pressure cooking program that can be used in place of a frying pan or flat-top grill.

| Setting | Suggested Use | Notes |
|---|---|---|
| Less | Simmering, thickening and reducing liquids | The display switching from **Hot** to **On** indicates the cooker is maintaining the cooking temperature. |
| Normal | Pan searing or sautéing | As a safety precaution, 30 minutes is the maximum cooking time and cannot be adjusted. |
| More | Stir-frying or browning meat | |

1. Insert the inner pot into the cooker base. **Do not use a lid**.

2. **Mini and 6 Quart**: Secure the power cord to the base power socket at the back of the cooker base. Ensure the connection is tight.
   **All**: Connect the power cord to a 120 V power source. The cooker goes to Standby mode and the display indicates **OFF**.

3. Press **Sauté** to select the Sauté Smart Program.

4. Press **Sauté** again to cycle through the **Less**, **Normal** and **More** temperature options.
   *Note: Cooking temperature adjustments are saved to the Smart Program when cooking begins.*

5. After 10 seconds, the cooker displays **On** to indicate that it has begun heating.

6. When display switches from **On** to **Hot**, add recipe ingredients.
   *Note: If recipe ingredients are added before the **Hot** message appears, it may not appear at all. This is normal.*

7. When cooking completes, the display indicates **End**.
   *Note: Automatic Keep Warm cannot be turned on for the Sauté Smart Program.*

### Deglazing the Inner Pot (Pressure Cooking After Sauté)
Sautéing meat and vegetables before pressure cooking is the perfect way to boost flavors, as sugars caramelize from the high heat of the Sauté Smart Program.

To pressure cook after using Sauté, **deglaze** the inner pot to ensure food items do not scorch.

**To deglaze**: remove food items from the inner pot and add a thin liquid (e.g., water, broth, wine) to the hot surface. Use a wooden or silicone scraper to loosen anything that may be stuck to the bottom of the inner pot.

|  **⚠ WARNING** | The Sauté Smart Program reaches high temperatures. If unmonitored, food may burn on this setting. Do not use the lid and do not leave your cooker unattended while using Sauté. |
|---|---|

# Using Non-Pressure Cooking Smart Programs

## Yogurt

Yogurt is a non-pressure cooking Smart Program made for easy fermented dairy and non-dairy recipes.

| Instant Pot Size | Minimum Milk Volume | Maximum Milk Volume |
|---|---|---|
| 3 Quarts / 2.8 Litres | 2 cups (16 oz / 500 mL) | ~2 quarts (64 oz / 1.9 L) |
| 6 Quarts / 5.7 Litres | 4 cups (32 oz / 1000 mL) | ~4 quarts (128 oz / 3.8 L) |
| 8 Quarts / 7.6 Litres | 6 cups (48 oz / 1500 mL) | ~6 quarts (192 oz / 5.7 L) |
| 10 Quarts / 9.5 Litres | 8 cups (64 oz / 2000 mL) | ~8 quarts (256 oz / 7.6 L) |

### Pasteurize Milk

1. Remove the inner pot from the cooker base.

2. Add unpasteurized milk to the inner pot then insert the inner pot into the cooker base.

3. **Mini and 6 Quart**: Secure the power cord to the base power socket at the back of the cooker base. Ensure the connection is tight.
   **All**: Connect the power cord to a 120 V power source. The cooker goes to Standby mode and the display indicates **OFF**.

4. Place and close the lid as described in Pressure Control Features—Pressure Locking Lid.

5. Press **Yogurt** to select the Yogurt Smart Program.

6. Press the quick release button down until it clicks and locks into the **Vent** position.

7. Press **Yogurt** again to cycle to the **More** option.
   The display indicates **boiL**.

8. After **10 seconds** the cooker begins heating.

9. When pasteurization completes, the display indicates **End**.

10. Remove the lid and use a thermometer to check the temperature.
    *Note: Milk must reach a minimum of 72°C (161°F) for pasteurization to occur.*

### Add Starter Culture

1. Allow pasteurized milk to cool to just below 43°C (110°F).

2. Add a starter culture to the milk according to package instructions.
   *Note: If using plain yogurt as a starter, ensure that it contains an **active culture**. Mix in 2 tbsp of yogurt per gallon of milk, or follow a trusted recipe.*

3. Place and close the lid as described in Pressure Control Features—Pressure Locking Lid.

### Ferment Yogurt

# Using Non-Pressure Cooking Smart Programs

| Setting | Suggested Use | Notes |
|---------|---------------|-------|
| Less | For lower temperature fermentation (e.g., Jiu Niang, a sweet fermented glutinous rice dessert) | Default fermentation time is **24** hours. Adjust fermentation time based on recipe. |
| Normal | Fermenting milk after culture has been added | A longer fermentation will result in tangier yogurt. Adjust as desired up to **99** hours and **30** minutes. |
| More | Pasteurizing milk | Pasteurization time is preset and cannot be adjusted. Display indicates **boiL** while program is running. For extra thick yogurt, pasteurize milk twice. |

1. Press **Yogurt** to select the Yogurt Smart Program.
2. Press the quick release button down until it clicks and locks into the **Vent** position.
3. Press **Yogurt** again to cycle to the **Normal** option.
   The display indicates **08:00**.
4. Use the **–** / **+** buttons to adjust the fermentation time if desired.
5. After **10 seconds** the cooker begins heating. The display timer counts up to the set time from **00:00**.
6. When fermentation completes, the cooker beeps and displays **End**.

## Yogurt Cups
Yogurt cups are a convenient way to portion out your yogurt for serving.

1. After adding the starter culture to the pasteurized milk, carefully pour the milk into your yogurt cups and seal them tightly.
2. Clean the inner pot thoroughly and place the steam rack on the bottom of the inner pot.
3. Place the sealed yogurt cups on the steam rack and add water to the inner pot until the cups are submerged halfway.
4. Follow steps in "Ferment Yogurt" above.

# Care and Cleaning

Clean your Duo Nova after each use.

Always unplug your Duo Nova and let it cool to room temperature before cleaning.

Let all surfaces dry thoroughly before use, and before storage.

| Part | Instruction | Cleaning Method |
|---|---|---|
| **Accessories**<br>• Steam Rack<br>• Condensation Collector | • Wash after each use.<br>• Never use harsh chemical detergents, powders or scouring pads on accessories.<br>• For dishwasher, place on top rack.<br>• Empty and rinse condensation collector after each use. | Dishwasher Safe* and Hand Washable |
| **Lid and Parts**<br>• Anti-Block Shield<br>• Sealing Rings<br>• Steam Release Valve<br>• Float Valve<br>• Silicone Cap | • Wash after each use with hot water and mild dish soap and allow to air dry, or place in top rack of dishwasher.<br>• Remove all small parts from lid before washing.<br>• With steam release valve and anti-block shield removed, clean interior of steam release pipe to prevent clogging.<br>• To drain water from the lid after dishwashing, grasp the lid handle and hold the lid vertically over a sink, then turn it 360°– such as turning a steering wheel.<br>• After cleaning, store the lid upside down on the cooker base.<br>• Store sealing rings in a well-ventilated area to decrease residual odor of flavorful meals. To eliminate odors, add 1 cup (8 oz / 250 mL) water and 1 cup (8 oz / 250 mL) white vinegar to inner pot, and run Pressure Cook for 5–10 minutes, then QR pressure. |  |
| **Inner Pot** | • More acute hard water staining may require a vinegar-dampened sponge and some scrubbing to remove.<br>• If there is tough or burned food residue at the bottom, soak in hot water for a few hours for easy cleaning.<br>• Wash after each use.<br>• Ensure all exterior surfaces are dry before placing in cooker base. |  |

*Some discoloration may occur after machine washing, but this will not affect the cooker's safety or performance.*

# Care and Cleaning

| Part | Instruction | Cleaning Method |
|---|---|---|
| Detachable Power Cord (3 and 6 Quart Only) | • Use a barely damp cloth to wipe any particles off power cord. | Damp Cloth Only |
| Cooker Base | • Wipe the inside of the outer pot as well as the condensation rim with a barely damp cloth, and allow to air dry.<br>• Clean cooker base and control panel with a soft, barely damp cloth or sponge. | |

| ⚠ WARNING | | | |
|---|---|---|---|
| Ensure heating element remains dry at all times. | Do not immerse cooker base in water or attempt to cycle through dishwasher. | Do not submerge power cord at any time. | Do not wet prongs of power cord. |

# Troubleshooting

Register your product today.

Contact Customer Care:
1-800-828-7280
support@instantpot.com
instantpot.com/#Chat

| Problem | Possible Reason | Solution |
|---|---|---|
| Difficulty closing lid | Sealing ring not properly installed | Reposition sealing ring, ensure it is snug behind sealing ring rack. |
| | Float valve in the popped-up position | Gently press the float valve downward with a long utensil. |
| | Contents in cooker are still hot | Press quick release button down until it clicks into **Vent** position, then lower lid onto cooker base slowly, allowing heat to dissipate. |
| Difficulty opening lid | Pressure inside the cooker | Release pressure according to recipe; only open lid after float valve has dropped down. |
| | Float valve stuck at the popped-up position due to food debris or residue | Ensure steam is completely released by quick releasing pressure, then press float valve gently with a long utensil. Open lid cautiously and thoroughly clean float valve, surrounding area, and lid before next use. |
| | ⚠ **DANGER** Contents may be under pressure; to avoid scalding injury, do not attempt to force lid open. | |
| Inner pot is stuck to lid when cooker is opened | Cooling of inner pot may create suction, causing inner pot to adhere to the lid | To release the vacuum, press quick release button down until it clicks into **Vent** position. |
| Steam leaks from side of lid | No sealing ring in lid | Install sealing ring. |
| | Sealing ring damaged or not properly installed | Replace sealing ring. |
| | Food debris attached to sealing ring | Remove sealing ring and clean thoroughly. |
| | Lid not closed properly | Open, then close lid. |
| | Sealing ring rack is warped or off-center | Remove sealing ring from lid, check sealing ring rack for bends or warps. Contact Customer Care. |
| | Inner pot rim may be misshapen | Check for deformation and contact Customer Care. |

# Troubleshooting

| Problem | Possible Reason | Solution |
| --- | --- | --- |
| Float valve does not rise | Food debris on float valve or float valve silicone cap | Remove float valve from lid and clean thoroughly; perform **Initial Test Run** to check for function and record findings. Contact **Customer Care**. |
| | Too little liquid in the inner pot | Check for scorching on bottom of inner pot. Add thin, water-based liquid to the inner pot according to its size:<br><br>3 Quart: 1 cup (8 oz / 250 mL)<br>6 Quart: 1 1/2 cups (12 oz / 375 mL)<br>8 Quart: 2 cups (16 oz / 500 mL)<br>10 Quart: 2 1/2 cups (20 oz / 625 mL) |
| | Float valve silicone cap damaged or missing | Install or replace float valve. |
| | Float valve obstructed by lid-locking mechanism | Tap float valve with a long utensil. If the float valve does not drop, turn the cooker off. Contact **Customer Care**. |
| | No heat in the inner pot | Perform **Initial Test Run** to check for function and record findings. Contact **Customer Care**. |
| | Inner pot base may be damaged | Perform **Initial Test Run** to check for function and record findings. Contact **Customer Care**. |
| Minor steam leaking/hissing from steam release valve during cook cycle | Quick release button not in **Seal** position | Flick quick release button to ensure it is in the **Seal** position. |
| | Cooker is regulating excess pressure | This is normal; no action required. |
| Steam gushes from steam release valve when quick release button is in Seal position | Not enough liquid in the inner pot | Add thin, water-based liquid to the inner pot according to its size:<br><br>3 Quart: 1 cup (8 oz / 250 mL)<br>6 Quart: 1 1/2 cups (12 oz / 375 mL)<br>8 Quart: 2 cups (16 oz / 500 mL)<br>10 Quart: 2 1/2 cups (20 oz / 625 mL) |
| | Pressure sensor control failure | Contact **Customer Care**. |
| | Steam release valve not seated properly | Flick quick release button to ensure it is in the **Seal** position. |
| Display remains blank after connecting the power cord | Bad power connection or no power | Inspect power cord for damage. If damage is noticed, contact **Customer Care**.<br><br>Check outlet to ensure it is powered. |
| | Cooker's electrical fuse has blown | Contact **Customer Care**. |

# Troubleshooting

| Problem | Possible Reason | | Solution |
|---|---|---|---|
| Error code appears on display and cooker beeps continuously | C1 C2 C6 C6H C6L | Faulty sensor | Contact Customer Care: **1-800-828-7280** support@instantpot.com instantpot.com/#Chat |
| | C5 | Temperature is too high because inner pot is not placed in the cooker base | Press **Cancel** and wait for heating element to cool; ensure there are no foreign objects in cooker base; insert or reposition inner pot in cooker base and re-enter commands. |
| | | Temperature is too high because there is no water in inner pot | Check for scorching on bottom of inner pot. Add thin, water-based liquid to the inner pot according to its size: 3 Quart: 1 cup (8 oz / 250 mL) 6 Quart: 1 1/2 cups (12 oz / 375 mL) 8 Quart: 2 cups (16 oz / 500 mL) 10 Quart: 2 1/2 cups (20 oz / 625 mL) |
| | C7 or NoPr | Heat element has failed | Contact **Customer Care**. |
| | | Not enough liquid | Add thin, water-based liquid to the inner pot according to its size: 3 Quart: 1 cup (8 oz / 250 mL) 6 Quart: 1 1/2 cups (12 oz / 375 mL) 8 Quart: 2 cups (16 oz / 500 mL) 10 Quart: 2 1/2 cups (20 oz / 625 mL) |
| | | Quick release button is in the **Vent** position | Flick quick release button to ensure it is in the **Seal** position. |
| | Lid | Lid is not in the correct position for the selected program | Open and close the lid. Do not use a lid when using **Sauté**. |
| | OvHt / Burn / Food burn | High temperature detected at bottom of inner pot; cooker automatically reduces temperature to avoid overheating | Starch deposits at the bottom of the inner pot may have blocked heat dissipation. Turn the cooker off, release pressure according to the recipe, and inspect the bottom of the inner pot. |
| | PrSE | Pressure has accumulated during a non-pressure cooking program | Press quick release button down until it clicks into **Vent** position. |
| Occasional clicking or light cracking sound | | The sound of power switching and expanding pressure board when changing temperatures | This is normal; no action needed. |
| | | Bottom of the inner pot is wet | Wipe exterior surfaces of inner pot. Ensure heating element is dry before inserting inner pot into cooker base. |

# Warranty

## Limited Warranty

This Limited Warranty is effective for one year from the date of original consumer purchase. Proof of original purchase date and, if requested by an authorized representative of Instant Brands Inc. ("Instant Brands"), return of your appliance, is required to obtain service under this Limited Warranty. Provided that this appliance is operated and maintained in accordance with written instructions attached to or furnished with the appliance, Instant Brands will, in its sole and exclusive discretion, either: (i) repair defects in materials or workmanship; or (ii) replace the appliance. In the event that your appliance is replaced, the Limited Warranty on the replacement appliance will expire 12 months from the date of original consumer purchase.

**This Limited Warranty extends only to the original purchaser and use of the appliance in the United States of America and Canada. This warranty does not cover units that are used outside of the United States of America and Canada.**

Any modification or attempted modification to your appliance may interfere with the safe operation of the appliance and will void this Limited Warranty. This Limited Warranty does not apply in respect of any appliance or any part thereof that has been altered or modified unless such alterations or modifications were expressly authorized by an Instant Brands representative.

## Limitation and Exclusions

The liability of Instant Brands, if any, for any allegedly defective appliance or part shall in no circumstances exceed the purchase price of a comparable replacement appliance.

### This Limited Warranty does not cover:

1. Damage resulting from accident, alteration, misuse, abuse, neglect, unreasonable use, use contrary to the operating instructions, normal wear and tear, commercial use, improper assembly, disassembly, failure to provide reasonable and necessary maintenance, fire, flood, acts of God or repair by anyone unless directed by an Instant Brands Representative;

2. Repairs where your appliance is used for other than normal, personal use or when it is used in a manner that is contrary to published user or operator instructions; or

3. Use of unauthorized parts and accessories, or repairs to parts and systems resulting from unauthorized repairs or modifications made to this appliance.

The cost of repair or replacement under these excluded circumstances shall be paid by you.

# Warranty

## Disclaimer of Implied Warranties

EXCEPT AS EXPRESSLY PROVIDED HEREIN AND TO THE EXTENT PERMITTED BY LAW, INSTANT BRANDS MAKES NO WARRANTIES, CONDITIONS OR REPRESENTATIONS, EXPRESS OR IMPLIED, BY STATUTE, USAGE, CUSTOM OF TRADE OR OTHERWISE WITH RESPECT TO THE APPLIANCES OR PARTS COVERED BY THIS WARRANTY, INCLUDING BUT NOT LIMITED TO, WARRANTIES, CONDITIONS, OR REPRESENTATIONS OF WORKMANSHIP, MERCHANTABILITY, MERCHANTABLE QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR DURABILITY.

Some states or provinces do not allow for the exclusion of implied warranties of merchantability or fitness, so this limitation may not apply to you. In these states and provinces, you have only the implied warranties that are expressly required to be provided in accordance with applicable law.

## Limitation of Remedies; Exclusion of Incidental and Consequential Damage

YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE APPLIANCE REPAIR OR REPLACEMENT AS PROVIDED HEREIN. INSTANT BRANDS SHALL NOT BE LIABLE FOR INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THE APPLIANCE OR DAMAGES WITH RESPECT TO ANY ECONOMIC LOSS, PERSONAL INJURY, LOSS OF PROPERTY, LOSS OF REVENUES OR PROFITS, LOSS OF ENJOYMENT OR USE, COSTS OF REMOVAL, INSTALLATION OR OTHER INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY NATURE OR KIND.

## Warranty Registration

Please visit www.instantpot.com/support/register to register your new Instant Brands™ appliance and validate your warranty within thirty (30) days of purchase. You will be asked to provide the store name, date of purchase, model number (found on the back of your appliance) and serial number (found on the bottom of your appliance) along with your name and email address. The registration will enable us to keep you up to date with product developments, recipes and contact you in the unlikely event of a product safety notification. By registering, you acknowledge that you have read and understand the instructions for use, and warnings set forth in the accompanying instructions.

## Warranty Service

**To obtain service under this warranty, please contact our Customer Service Department by phone at 1-800-828-7280 or by email to support@instantpot.com. You can also create a support ticket online at www.instantpot.com/support. If we are unable to resolve the problem, you may be asked to send your appliance to the Service Department for quality inspection.** Instant Brands is not responsible for shipping costs related to warranty service, save and except for shipping costs associated with the return of your appliance from Canada or within the 48 contiguous states and the District of Columbia of the United States of America, as provided herein. When returning your appliance, please include your name, mailing address, email address, phone number, and proof of the original purchase date as well as a description of the problem you are encountering with the appliance.



Instant Brands Inc.
11–300 Earl Grey Dr., Suite 383
Ottawa, Ontario
K2T 1C1
Canada

Register your product today
**instantpot.com/support/register**

Contact Information

**1-800-828-7280**

**support@instantpot.com**

**instantpot.com/#Chat**

**instantpot.com**

**store.instantpot.com**

Copyright © 2020 Instant Brands™ Inc

610-0101-93